entered April 15, 1982. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and McInturff, J.

[No. 5371-7-III.   Division Three.   March 20, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT . MICHAEL WIGHTMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82-1-00092-0, Yancey Reser, J., entered September 7, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 5370-9-III.   Division Three.   March 20, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT MICHAEL WIGHTMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82-1-00078-4, Yancey Reser, J., entered September 7, 1982. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 6295-3-III.   Division Three.   March 22, 1984.]

*In the Matter of the Personal Restraint of* LELAND EARL GOODSELL, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished per curiam opinion.

[No. 6133-7-III.   Division Three.   March 22, 1984.]

*In the Matter of the Personal Restraint of* ALLEN LEE HOLYOAK, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.